## Louisa County Savings Bank, Appellee, v. John Claney et al., Appellants.

### Gen. No. 18,246.

APPEALS AND ERRORS—*how joint prayer for appeal must be perfected.* If an appeal be jointly prayed it must be jointly perfected. A several appeal cannot be predicated upon a joint prayer and an irregularity in perfecting such an appeal cannot be corrected in the Appellate Court.

Appeal from the Municipal Court of Chicago; the HON. J. C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Appeal dismissed. Opinion filed March 26, 1912.

W. O. ROBINSON, for appellants.

JEFFERY & CAMPBELL, for appellee.

MR. JUSTICE CLARK delivered the opinion of the court.

In this case a joint appeal was prayed for by John Claney and W. P. Dickinson. The bond, however, re-

quired to be filed was made by John Claney alone as principal. A motion is made by appellee to dismiss the appeal on this ground. A counter motion is made by Claney and Dickinson, as appellants, for leave to file another bond which shall comply with the statute.

The cross motion cannot be entertained, and the motion to dismiss must be allowed, under the authority of Ellison v. Hammond et al., 189 Ill. 470. An order will be entered dismissing the appeal.

*Appeal dismissed.*